with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ALBERTO CARILLO, Appellant, v. AUDREY DALE, Respondent, Impleaded with Another.— Order reversed, without costs and motion to vacate items 1 and 2 of notice of examination granted, and motion to vacate denied as to item 3. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ROSE LOSTAR, Respondent, v. LEON LOSTAR, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

CAROLINE GOLDSTEIN, Respondent, v. LOUIS GOLDSTEIN, Also Known as LOUIS GOLDSTONE, Appellant, Impleaded with Others.— Order modified by omitting item 5, on concession of plaintiff, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

FLORENCE K. FLEMING, Appellant, v. JAC LESSMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MARY RYTHER, Appellant, v. FRANCES C. LEFFERTS, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

GRACE H. GRIFFIN, Respondent, v. WILLIAM H. GRIFFIN, Appellant.— Order affirmed, with ten dollars costs and disbursements, and the appellant's brief stricken from the files as impertinent and scandalous. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BENJAMIN T. BATSCH, as Administrator, etc., of the Estate of CLARA R. STARR, Deceased, Respondent, v. G. DUNCAN BRUCE, Appellant, Impleaded with Another. — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BENJAMIN T. BATSCH, as Administrator, etc., of the Estate of CLARA R. STARR, Deceased, Respondent, v. G. DUNCAN BRUCE, Defendant, Impleaded with ALICE K. BRUCE, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

WALTER S. KLEE, as Trustee, etc., Respondent, v. VAN RENSSELAER ESTATES, INC., and HOTEL GREYSTONE, INC., Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BARDEM REALTY CORPORATION, Respondent, v. K. C. & B. REALTY CO., INC., and Others, Defendants, Impleaded with NATHAN RODNER, Appellant.— Order